IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mary Henman, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0559 |
| v. | : | Judge Sargus |
| Lincoln National Life Insurance Company, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |
| | : | |

# **ORDER**

Plaintiff's unopposed January 30, 2012 motion for leave to engage in limited discovery (doc. 16) is GRANTED. Counsel are DIRECTED to submit a proposed scheduling order within 21 days of the date of this order.

s/Mark R. Abel<br>
United States Magistrate Judge